IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00355-LTB-BNB

SHEILA FORMAN,

Plaintiff,

v.

JUNIPER PARK, L.P., a Delaware foreign limited partnership, d/b/a JUNIPER VILLAGE - THE SPEARLY CENTER,

Defendant.

## ORDER

This matter arises on **Defendant's Motion for Protective Order Limiting the Scope of the Deposition of Defendant's Rule 30(b)(6) Representative** [Doc. # 25, filed 8/19/2010] (the "Motion for Protective Order"). I held a hearing on the Motion for Protective Order this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Protective Order [Doc. # 25] is GRANTED IN PART and DENIED IN PART as stated on the record.

Dated September 3, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge