IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00355-LTB-BNB

SHEILA FORMAN,

Plaintiff,

v.

JUNIPER PARK, L.P., a Delaware foreign limited partnership, d/b/a JUNIPER VILLAGE - THE SPEARLY CENTER,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **January 10, 2011**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated December 10, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge