**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 10-cv-00355-LTB-BNB

SHEILA FORMAN,

       Plaintiff,

v.

JUNIPER PARK L.P., d/b/a JUNIPER VILLAGE - THE SPEARLY CENTER,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Joint Motion to Dismiss With Prejudice (Doc 42 - filed January 7, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED:   January 10, 2011